**Richard E. Clark, Esq., State Bar No. 009052**
**General Counsel, AOM Group, LLC**
**2942 N.24th St., Ste. 109**
**Phoenix, Arizona 85016**

 E-mail: richardc@theaomgroup.com
Phone: 602-325-8361
FAX:   602-293-3801

Attorney for AOM Group, LLC Trustee for Eagle Eye Land Trust

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:** | In proceedings under Chapter 13 |
| **FELIPE GONZALES AKA FELIPE GONZALEZ** | |
| **Debtors,** | BK Case No. 2:10-bk-02566-CGC<br>Adversarial case No 2:10-ap-00756-CGC |
| **AOM, GROUP, LLC, TRUSTEE OF EAGLE EYE LAND TRUST, FELIPE GONZALEZ, BENEFICIARY,** | **NOTICE OF REMOVAL** |
| **Plaintiff,**<br>V. | Assigned to the Hon. Judge Charles G. Case |
| **LOANCITY; PRESCOTT TITLE; CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MICHAEL A BOSCO, JR.; FEDERAL HOME LOAN MORTGAGE CORP., ITS ASSIGNEES AND/OR SUCCESSORS-IN-INTEREST, AND DOES 1-40,** | |
| **Defendant(s)** | |

## JURISDICTION

Jurisdiction is properly vested in the Bankruptcy Court pursuant to 28 USC 1452, BANKR Rule 9027.

## NOTICE OF REMOVAL

**TO: THE HON. JUDGES AND CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 USC 1452, BANKR. Rule 9027, Plaintiff AOM Group, LLC hereby removes to this Bankruptcy Court the United States District Court for the District of Arizona action, for just and proper cause as described below.

1. On February 1, 2010, the Debtor Felipe Gonzales AKA Felipe Gonzalez, filed a voluntary petition for relief in the United States Bankruptcy Court for the District of Arizona, a petition for relief under Chapter 13 of title 11, United State Code. Edward J. Maney was appointed trustee in the case.

2. Applicant AOM Group, LLC has made a Motion to Intervene in this matter being filed simultaneously herewith.

3. A motion for relief from automatic stay has been filed by Federal Home Loan Mortgage Corp. which was granted by this court on April 13, 2010. Applicant AOM Group, LLC is filing a motion for reconsideration in opposition to the motion for relief from automatic stay in this matter which is being filed simultaneously herewith.

4. Applicant AOM Group, LLC originally filed its action in behalf of the debtor as beneficiary of a land trust by filing a complaint for wrongful foreclosure

and quiet title in the Maricopa County Superior Court case number CV 2009-036998 on November 25, 2009.

5. The aforesaid case was removed to the United States District Court for the District of Arizona, case number CV-10-00088-PHX-GMS on January 14, 2010.

6. Within he time to serve an answer and/or move to dismiss with respect to the complaint motions to dismiss were filed and responded to but have not yet been ruled upon. Attached hereto are copies of all process and pleadings in said action.

7. The said action pending in the United States District Court for the District of Arizona is of a civil nature of which the bankruptcy court has jurisdiction in that it is related to the said case now pending in the United States Bankruptcy Court for the District of Arizona, as aforesaid, and is one that may be removed to the Bankruptcy Court pursuant to 28 USC 1452.

8. The said action was commenced by service of process as aforesaid and the time has not elapsed within which applicant is permitted to file its application for removal of said action to this court.

9. Upon removal of the second cause of action the proceeding is core.

WHEREFORE, Plaintiff AOM Group, LLC respectfully prays that this action be removed forthwith, to the United States Bankruptcy Court for the District of Arizona. Respectfully submitted April 26th, 2010

    S/ Richard E. Clark
Richard E. Clark, Esq.
Attorney for AOM Group, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Leonard J. McDonald, Jr.
William M. Fischbach,
Tiffany & Bosco, PA
Third-Floor Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016
Attorney for Michael A. Bosco, Jr.

Steven D. Hoffman
Aaron T. Goodman
Lewis, Brisbois, Bisgaard & Smith, LLP
Phoenix Plaza Tower II
2929 N. Central Ave., Suite 1700
Phoenix, AZ 85012-2761
Attorneys for CitiMortgage, Inc
and Federal Home Loan Mortgage Corp.

I hereby certify that on April 26, 2010, I served the attached document by US mail on a following, who are not registered participants of the CM/ECF System:

None

    S/ Richard E. Clark
Richard E. Clark